# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>CHRISTOPHER STEVEN BUTLER,<br><br>        Defendant. | Case No. 01CR7018-H<br><br>ORDER DENYING DEFENDANT'S REQUEST TO REMOVE WARRANT OR REINSTATE SUPERVISED RELEASE |

    Pending before the Court is Defendant Christopher Steven Butler's ("Defendant") request to remove the pending warrant for violating the terms of his federal supervised release or, in the alternative, reinstate his term of federal supervised release. (Doc. No. 8.) A petition to revoke the term of his supervised release is currently pending before this Court and the Defendant is currently in state custody serving a state court sentence. (Doc. Nos. 2 and 3)

    The Court declines to vacate the arrest warrant and declines to reinstate supervised release while the Defendant is serving his state court sentence. United States v. Garrett, 253 F.3d 443, 450 (9th Cir. 2001) ("[A] district court may, in accordance with § 3583(i), postpone the federal adjudication of matters arising before the expiration of that [supervised release] term until after the defendant is released from state custody."); See also United States v. Esqueda-Ceras, No. 3:07-CR-00131-KI, 2017 WL

-1-

558004, at *2 (D. Or. Feb. 10, 2017) (King, J.) ("[T]he Court may await a defendant's release from state custody to adjudicate the violation of defendant's supervised release rather than writ him out of state custody."); Tripp v. Lombardo, No. 217CV02385JCMGWF, 2018 WL 3078749, at *2 (D. Nev. June 21, 2018) (Mahan, J.) (An inmate "cannot compel federal authorities to writ him out of state custody into federal custody on the violator warrant, and he cannot compel the holding of a revocation hearing in federal court before his state custody is concluded.").

Accordingly, the Court DENIES the Defendant's request to vacate the pending arrest warrant or to reinstate supervised release during the service of his state court sentence. At the appropriate time when the Defendant is transferred into federal custody to answer the pending petition to revoke his supervised release term, the Defendant may ask the Court to take into account, in determining the appropriate sanction, the time he spent in state custody.

The Clerk is directed to send a copy of this order to the Defendant.

IT IS SO ORDERED.

DATED: May 10, 2021

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE